THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNITED STATES AND BERMUDA TOWING COMPANY, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents.

ANNA LEWIS v. ABRAHAM JACOBS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before January 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HAROLD HOPKINSON v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before January 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLOTTE BUCH v. ADOLPH KLEIN, as Sole Executor, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points on or before January 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Supplementary Proceedings: WILLIAM H. MOODY v. ATLANTIC & PACIFIC FISHERIES CO., INC., and Others. UNIVERSAL TRADING CORPORATION, Third Party, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MOLLIE ZUPRUK v. JULIUS RIEDLER.— Motion granted upon condition stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANK A. SHAW and Others v. HARRY KARP and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WINIFRED HURLEY v. THE CITY OF NEW YORK.— Preference granted for January 6, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE NEW YORK TRUST COMPANY, as Trustee, etc., v. AMERICAN REALTY COMPANY and Others.— Preference granted for January 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

TELFAIR W. MARRIOTT and Others, as Administrators, etc., v. CATHERINE BURKE.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of PETER GOLDENBERG v. WILLIAM E. WALSH and Others.— Motion granted and preference given for January 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Third Intermediate Judicial Settlement of the Account of CHARLES P. HIDDEN, as Committee of the Property and Estate of HENRIETTA GARDNER CATTAPANI, an Incompetent Person, Appellant. CARLO CATTAPANI and Others, Respondents.— Order so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MARY E. NEUMAN, as Executrix, etc., of STEPHEN F. NEUMAN, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Martin, J., dissent.